1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-MJ-00005 CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO RESET TRIAL DATE |
| v. | ) | |
| | ) | |
| WILLIAM J. SZABO, | ) | DATE: February 17, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| _____ | ) | |

The United States and the defendant, by and through their respective undersigned counsel, hereby stipulate and jointly request that the trial date currently set for February 17, 2012 at 9 a.m. be reset for March 22, 2012 at 9 a.m. The government has just received additional discovery that it has produced to the defense, and both parties need additional time to prepare. Accordingly, the parties jointly request that the Court exclude time from the date of the Court's order to March 22, 2012 pursuant to local code T4, and make a finding that ends of

//

//

//

Stip. and [Proposed] Order         -1-         Case No. 2:12-MJ-00005 CKD

1 justice served by granting such continuance outweigh the best
2 interests of the public and the defendant in a speedy trial.

3 Dated: February 7, 2012          Respectfully submitted,

4                                  BENJAMIN B. WAGNER
                                   United States Attorney
5

6                                  /s/ Christopher S. Hales
                                   CHRISTOPHER S. HALES
7                                  Special Assistant U.S. Attorney

8 Dated:  February 7, 2012         DANIEL J. BRODERICK
9                                  Federal Defender

10                                 /s/ Linda C. Harter
11                                 LINDA C. HARTER
                                   Assistant Federal Defender
12

13
                                   ORDER
14
IT IS SO ORDERED.
15
Dated: 2/8/2012                    /s/ Carolyn K. Delaney
16                                 HON. CAROLYN K. DELANEY
                                   United States Magistrate Judge