1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 KENDRA G. BERTSCHY
Certified Student Attorney
4 801 I Street, 3rd Floor
Sacramento, California 95814
5 Telephone: (916) 498-5700

6 Attorney for Defendant
WILLIAM J. SZABO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-MJ-00005-CKD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TO TRIAL DATE |
| v. | ) | |
| WILLIAM J. SZABO, | ) | DATE:  April 26, 2012 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTOPHER HALES, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for WILLIAM J. SZABO, and Certified Student Attorney, KENDRA G. BERTSCHY, that the Court Trial date of March 22, 2012 at 9:00 p.m. be vacated.  It is also stipulated that the matter be rescheduled for a Court Trial on April 26, 2012 at 9:00 p.m.

The Defense needs time to review the Defendant's medical records. The Defense had requested the records from Veteran's Affairs in January but only received the documents on Friday, March 16, 2012.  Additional

time is also needed to ensure that all of the witnesses will be present for the Court Trial. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Court Trial which is set for April 26, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(A)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)(iv)11.

Dated: March 21, 2012                  Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Linda Harter
                                       LINDA C. HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant
                                       WILLIAM J. SZABO

                                       /s/ Kendra G. Bertschy
                                       KENDRA G. BERTSCHY
                                       Certified Student Attorney

Dated: March 21, 2012                  BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Christopher Hales
                                       CHRISTOPHER HALES
                                       Special Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: March 21, 2012                  /s/ Carolyn K. Delaney
                                       CAROLYN K. DELANEY
                                       U. S. Magistrate Judge