```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRISTOPHER S. HALES
    Special Assistant U.S. Attorney
 3  ALEX A. LOZADA
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2700
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
    _____
11  UNITED STATES OF AMERICA,      )  2:12-MJ-00005 CKD
                                   )
12              Plaintiff,         )  STIPULATION AND PROTECTIVE ORDER
                                   )  RE: DISSEMINATION OF HENTHORN
13                                 )  MATERIALS
        v.                         )
14                                 )
                                   )
15  WILLIAM SZABO,                 )
                                   )
16              Defendant.         )
    _____)
17
```

18      IT IS HEREBY STIPULATED AND AGREED among the parties and their
19 respective counsel, Christopher S. Hales, Special Assistant U.S.
20 Attorney, representing plaintiff United States of America, and Linda
21 Harter, representing defendant William Szabo, that the documents
22 that will be provided to defense counsel pursuant to *United States*
23 *v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) in this case are subject to
24 limitations on dissemination as set forth herein.  The parties
25 respectfully request that the court order these limitations by
26 signing this Stipulation and entering it on the record as a
27 Protective Order applicable to all *Henthorn* material provided by the
28 government to defense counsel in this case.

1

1    The parties agree that the *Henthorn* material in this case
2 contains "Protected Information," which is defined here as including
3 the names, disciplinary actions, and conduct of a specific law
4 enforcement officer involved in this case.
5    Defense counsel agrees not to share any documents that contain
6 Protected Information with anyone other than defense counsel,
7 designated certified student attorneys, and support staff at the
8 Federal Defender's office located in the Sacramento office of the
9 Eastern District of California.  Defense counsel may permit the
10 defendant to view the documents in the presence of his defense
11 counsel, designated certified student attorneys, and support staff,
12 so long as defense counsel, designated certified student attorneys
13 and support staff do not allow the defendant to copy or retain
14 copies of the Protected Information.
15    In the event that the defendant substitutes counsel,
16 undersigned defense counsel agrees to withhold documents containing
17 Protected Information from new counsel unless and until substituted
18 counsel agrees also to be bound by this Stipulation and [Proposed]
19 Protective Order.

20 DATE: April 9, 2012            BENJAMIN B. WAGNER
                                  United States Attorney
21

22                          By:   /s/ Christopher S. Hales
                                  CHRISTOPHER S. HALES
23                                Special Assistant U.S. Attorney

24
   DATE: April 9, 2012            /s/ Linda Harter
25                                Linda Harter
                                  Attorney for William Szabo
26
   **IT IS SO ORDERED:**
27

28 DATED: April 10, 2012          /s/ Carolyn K. Delaney
                                  HON. CAROLYN K. DELANEY
                                  United States Magistrate Judge

2