DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
ZACHARY SCHULTZ
Certified Law Student
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM J. SZABO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-00206-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **CONTINUE BRIEFING SCHEDULE ON** |
| ) | **APPEAL** |
| WILLIAM J. SZABO, ) | |
| ) | HEARING DATE:  September 27, |
| Defendant. ) | 2012 |
| ) | TIME:  9:00 a.m. |
| _____ | JUDGE: Hon. Morrison C. |
| | England JR. |

It is hereby stipulated and agreed to between the United States of America through NICHOLAS FOGG, Special Assistant U.S. Attorney, and defendant, WILLIAM J. SZABO, by and though his counsel, RACHELLE BARBOUR, Research and Writing Attorney, Office of the Federal Defender, that the oral argument on appeal set for Thursday, August 2, 2012 be rescheduled for Thursday, September 27, 2012 at 9:00 a.m.  The parties propose the following briefing schedule:

Appellant's brief shall be served and filed within twenty-one(21) days after filling of the appropriate transcripts.

Appellee's brief shall be served and filed within twenty-one(21) days after filling and service of appellant's brief.

1    Appellant may serve and file a reply brief within seven(7) court

2  days after service of appellant's brief.

3    This continuance is being requested because the appellant has not

4  yet received the appropriate transcripts. Communication with the court

5  reporter indicates that the transcripts will be filed on August 3,

6  2012.

7

8  DATED: July 19, 2012          Respectfully submitted,

9                                DANIEL J. BRODERICK
                                 Federal Defender
10

11                              /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
12                               Assistant Federal Defender
                                 Attorney for Defendant
13                               WILLIAM J. SZABO

14

15                              BENJAMIN B. WAGNER
                                 United States Attorney
16

17

DATED:   July 20, 2012          /s/ Nicholas Fogg
18                               NICHOLAS FOGG
                                 Special Assistant U.S. Attorney
19

20                                 **O R D E R**

21    **IT IS SO ORDERED.**

22
   Dated: July 31, 2012
23

24

25                               _____
                                 MORRISON C. ENGLAND, JR.
26                               UNITED STATES DISTRICT JUDGE

27

28                                      **2**