```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
ZACHARY SCHULTZ
Certified Law Student
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant-Appellant
WILLIAM J. SZABO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:12-CR-00206-MCE |
| Plaintiff-Appellee, | ) | |
| | ) | **STIPULATION AND PROPOSED ORDER** |
| v. | ) | **TO CONTINUE ORAL ARGUMENT ON** |
| | ) | **APPEAL** |
| WILLIAM J. SZABO, | ) | |
| | ) | HEARING DATE:  October 11, 2012 |
| Defendant-Appellant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through NICHOLAS FOGG Special Assistant U.S. Attorney, and defendant-appellant, WILLIAM J. SZABO, by and though his counsel, RACHELLE BARBOUR Research and Writing Attorney, Office of the Federal Defender, that the oral argument on appeal set for Thursday, September 27, 2012 be rescheduled for Thursday, October 11, 2012 at 9:00 a.m.

//

//

Appellant's reply brief is due on September 26, 2012.  This continuance is being requested to enable the Court to have additional time to review the briefs prior to oral argument.

DATED: September 19, 2012          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant-Appellant
                                   WILLIAM J. SZABO


                                   BENJAMIN B. WAGNER
                                   United States Attorney


DATED:  September 19, 2012         /s/ Nicholas Fogg
                                   NICHOLAS FOGG
                                   Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2